IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRYAN L. MARTIN** <br> *Plaintiff, Pro se* | CIVIL ACTION <br><br> NO. 15-4359 |
| v. | |
| **OSHA**, *et al.* <br> *Defendants* | |

# O R D E R

**AND NOW**, this 11th day of April 2017, upon consideration of Defendants' *motion to dismiss*, [ECF 30], to which no response has been filed, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and this action is **DISMISSED** for failure to properly serve the Defendants pursuant to Federal Rule of Civil Procedure 4. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*